# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | BK Case No. 08-10856-MFW |
| TROPICANA ENTERTAINMENT, LLC, et al., | Chapter 11 |
| | Jointly Administered |
| Debtor. | |
| LIGHTSWAY LITIGATION SERVICES, LLC, as Trustee of Tropicana Litigation Trust, | |
| Appellant, | |
| v. | Civil Action No. 23-959-CFC |
| WILLIAM J. YUNG, III, WIMAR TAHOE CORPORATION, f/k/a Tropicana Casinos and Resorts, Inc., COLUMBIA SUSSEX CORPORATION, | Bankr. Adv. Case No. 10-50289-MFW |
| Appellees. | |

## ORDER

At Wilmington this **30th** day of **October, 2023.**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including holding a mediation call with the parties on October 12, 2023, in order to determine the appropriateness of mediation for the case; and

1

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation and, upon review, the Court determines that mediation would not be an appropriate use of Court resources at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE