IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TROPICANA ENTERTAINMENT,<br>LLC, et al.,<br><br>       Debtors.<br>_____<br>LIGHTSWAY LITIGATION<br>SERVICES, LLC, as Trustee of<br>Tropicana Litigation Trust,<br><br>       Appellant,<br><br>      v.<br><br>WILLIAM J. YUNG, III,<br>WIMAR TAHOE CORPORATION,<br>f/k/a Tropicana Casinos and Resorts,<br>Inc., and COLUMBIA SUSSEX<br>CORPORATION,<br><br>       Appellees.<br>_____ | ) Chapter 11<br>) Bk. No. 08-10856 (MFW)<br>) BK. Adversary Case No. 10-50289-MFW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-959-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 1st day of November 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **December 1, 2023.**

2. Appellees' brief in opposition to the appeal is due on or before **January 3, 2024.**

3. Appellant's reply brief is due on or before **January 19, 2024.**

_____
Chief Judge